1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDGAR FIGUEROA-HERNANDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )  NO. 1:06-cr-00077 OWW
                                   )
12 |         Plaintiff,             )  STIPULATION TO CONTINUE STATUS
                                   )  CONFERENCE HEARING
13 |   v.                           )  AND ORDER
                                   )
14 | EDGAR FIGUEROA-HERNANDEZ,      )  Date:  May 9, 2006
                                   )  Time:  9:00 A.M.
15 |         Defendant.             )  Judge: Hon. Oliver W. Wanger
                                   )
16 |_____)

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that **the status conference hearing scheduled in the above**

20 **captioned matter for April 18, 2006, may be continued to May 9, 2006, at 9:00 a.m.**

21     This continuance is at the request of defense counsel to provide the parties additional time for plea

22 negotiation and preparation of a plea agreement.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 17, 2006         By:  /s/ Marianne A. Pansa
                                   MARIANNE A. PANSA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: April 17, 2006         By:  /s/ Melody M. Walcott
                                   MELODY M. WALCOTT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   EDGAR FIGUEROA-HERNANDEZ

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 18, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE